In the Matter of OSBOURNE S., Respondent, v REGINA S., Appellant.

Submitted July 13, 2009; decided September 17, 2009

Reported below, 55 AD3d 465.

Motion for leave to appeal dismissed upon the ground that it does not lie (see NY Const, art VI, § 3 [b]; CPLR 5602).

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANNY COLON, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY ORTIZ, Appellant.

Submitted September 14, 2009; decided September 17, 2009

Reported below, 55 AD3d 444.

Motion by National Association of Criminal Defense Lawyers et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

Chief Judge LIPPMAN taking no part.